STATE EX REL. JASPER NOVELTY FURNITURE COMPANY, INC. *v.* WOOD, JUDGE.

[No. 28,170.   Filed March 18, 1946.]

*Fae W. Patrick,* of Indianapolis, and *Arthur C. Nordhoff,* of Jasper, for appellant.

*Eldo W. Wood,* pro se.

PER CURIAM.—This was an original action to mandate respondent to give relator a hearing on relator's verified application for temporary restraining order without notice, as provided by § 40-507, Burns' 1933.

It appearing that said hearing has been granted and held, the rule is discharged and the cause is dismissed.

NOTE.—Reported in 65 N. E. (2d) 488.

STATE EX REL. BARGERHUFF *v.* SMITH, JUDGE.

[No. 28,176.   Filed May 9, 1946.]

*L. Hewitt Carpenter,* of Marion, and *George C. Uhlir,* of Kokomo, for respondent.

*John B. Smith,* pro se.

YOUNG, J.—This is an original action in this court to mandate respondent to hand down the names of three persons from whom a special judge may be selected, respondent having theretofore disqualified himself. Alternative writ was issued.

It now appears that the mandate of this court has been complied with by respondents and this cause should be and is hereby dismissed.